UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                Case No: 8:13-BK-12626-KRM
                                                                      Chapter 7

Ramirez, Arcangel
Ramirez, Shirley
            Debtor(s).
_____/

### NOTICE OF FILING TRUSTEE'S WARRANTY DEED

   PLEASE TAKE NOTICE THAT, Richard M. Dauval, Trustee, hereby files the attached copy of the Trustee's Warranty Deed issued to HLN-PD Land Trust.

   Dated: December 17, 2013

                                       /s/ Richard M. Dauval
                                       RICHARD M. DAUVAL
                                       Chapter 7 Trustee
                                       PO Box 13607
                                       St. Petersburg, FL 33733
                                       Phone: (727) 327-3328
                                       Fax:   (727) 327-3305


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Filing Trustee's Warranty Deed was furnished electronically and/or by U.S. Mail on this day, December 17, 2013:

   U.S. Trustee, USTPRegion21.TP.ecu@usdoj.gov ; Arcangel & Shirley Ramirez, 12256 Waco St, Spring Hill, FL 34609, David Allen Buck, Esq., contactus@buck-law.com

                                       /s/ Richard M. Dauval
                                       RICHARD M. DAUVAL
                                       Chapter 7 Trustee

Prepared by: Florido & Associates, PA
Return to: Florido & Associates, PA, 7950 NW 155th St, Ste 203
Miami Lakes, FL 33016

Property Folio Number: R32 323 17 5160 1067 0030

# TRUSTEE'S DEED

*This Trustee's Deed* made and executed the 16th day of Dec., 2013 by Richard M. Dauval, As Chapter 7 Trustee for the Bankrutpcy Estate In re Arcangel and Shirley Ramirez, Case # 8:13-bk-12626 KRM, UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION  (Grantor) , dated          whose address is PO Box 13607, St. Petersburg, FL 33733 , hereinafter called the Grantor, to HLN-PD LAND TRUST , whose address is 7950 NW 155TH ST, STE 203, MIAMI LAKES FL 33016,  called the Grantee:

Grantor, for and in consideration of the sum of TEN AND N0/100 ($10.00) DOLLARS and other good and valuable considerations paid to Grantor  by said Grantee, the receipt and sufficiency of which are hereby acknowledged, has granted, bargained, sold, conveyed and conveys unto the Grantee and Grantee's successors and assigns forever, all of Grantor's right, title and interest, if any, in that certain parcel of land commonly known as 12256 Waco St., Spring Hill, FL, Hernando County, State of Florida,  and more particularly described in Exhibit "A" attached hereto and made a part hereof (the "Property"):

**Lot 3, Block 1067, Spring Hill, Unit 16, according to the map or plat thereof, as recorded in Plat Book 9, Page 1-30, inclusive, public records of Hernando County, Florida.**

Together with (i) all improvements, buildings, and fixtures located thereon or therein on the Property; (ii) all and singular rights, along with all benefits, privileges, easements, tenements, hereditaments, and appurtenances thereon or pertaining thereto, if any; and (iii) all right title, and interest of Grantor, if any, in and too all strips and gores and any land lying in the bed of any street, road, or alley, open or proposed, adjoining such Property.

THIS CONVEYANCE IS MADE WITHOUT RECOURSE AND WITH NO REPRESNATTIONS OR WARRANTIES WHATSOEVER WITH RESPECT TO THE CONDITION OF THE PROPERTY, INCLUDING ENVIROMENTAL MATTERS. GRANTEE IS ACQUIRING THE PROPERTY IN ITS "AS-IS/WHERE IS" SHAPE AND CONDITION, WITH ANY AND ALL FAULTS, IF ANY, AND BASED SOLELY ON GRANTEE'S OWN INSPECTION, INVESTIGATION AND EVALUATION OF THE PROPERTY, WITHOUT REPRESENTATION OR WARRANY, WHETER EXPRESS OR IMPLIED; AND NEITHER GRANTOR NOR ANY AGENT, REPRESENTATIVE OR CONTRACTOR OF GRANTOR HAS MADE ANY REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, CONCERNING THE PROPERTY, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OR REPRENSENTATIONS AS TO HABITABILITY, MERCHANTABILITY, FINTESS OR SUITABILITY FOR A PARTICULAR PURPOSE, OR THE COMPLIANCE OF THE PROPERTY WITH APPLICABLE LAWS.  FURTHER, GRANTEE COSTS AND EXPENSES THAT GRANTEE HAS OR MAY HAVE ARISING FROM OR RELATED TO ANY MATTER OR THING RELATED TO THE PHYSICAL CONDITION OF THE PROPERTY, ANY CONSTRUCTION DEFECTS, ANY ERRORS OR OMISSIONS IN THE DESIGN OR CONSTRUCTION OF THE PROPERTY AND ANY GOVERMENTAL CONDITIONS, AT, IN OR UNDER THE PROPERTY.

The property is being conveyed pursuant to that certain Trustee's Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11U.S.C.§363(B) Fed R. BankR. P. 6004 (F) and Local Rule 6004-1 (D), which notice was filed in the styled In re: As Chapter 7 Trustee for the Bankrutpcy Estate In re Arcangel and Shirley Ramirez, Case # 8:13-bk-12626 KRM , pending in the UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION.

Grantor has duly executed this instrument as of ___Dec. 16th___, 2013

IN WITNESS WHEREOF, the Grantor has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed by its proper officers thereunto duly authorized, the day and year first written above.

Signed, sealed and delivered in the presence of:

_____
Witness Signature

_Elizabeth Martin_
Witness Printed Name

_Johnny Petty_
Witness Signature

_Johnny Petty_
Witness Printed Name

_____
Richard M. Dauval, not individually, but solely as Chapter 7 Trustee for the Bankruptcy Estate In re Arcangel Ramirez and Shirley Ramirez

STATE OF __Florida__

COUNTY OF __Pinellas__

The foregoing instrument was acknowledged before me this __16__ day of __Dec__, __2013__ by __Richard M. Dauval__ who is personally known to me or who has produced _____ as identification, and who did not take an oath.

ASHLEY R. PATRICK
MY COMMISSION # EE048638
EXPIRES December 13, 2014
(407) 398-0153   FloridaNotaryService.com

_Ashley R Patrick_
Notary Signature

Notary Public - State of __Florida__